Dismissed and Opinion filed March 6, 2003









Dismissed and Opinion filed March 6, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-03-00143-CV

____________

 

GLENN
BRUXVOORT, Appellant

 

V.

 

MARTHA
RANEY BRUXVOORT, Appellee

 



 

On Appeal from the 361st District Court

Brazos
County, Texas

Trial Court Cause No. 53993-CV

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed October 29, 2002.

On February 27, 2003, the parties filed a joint motion to
dismiss the appeal because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Opinion
filed March 6, 2003.

Panel consists of Justices
Anderson, Seymore, and Guzman.